**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-23-00016　　　　　　　　　　　　DATE: July 26, 2023

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　　　Hearing Times: 2:03 - 2:15

**APPEARANCES:**
Defendant: Susan O'Connor Mata　　　　　　Attorney: William Gavras
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas　　　　　U.S. Agent:
U.S. Probation: John San Nicolas
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Intial Appearance on an Indictment and Arraignment**
- Government moved to unseal the case no objection. Granted.
- Subject to submission of the financial affidavit William Gavras is appointed to represent the defendant.
- Defendant waives reading of Indictment.
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Plea entered: Not guilty to the charge.
- Trial Scheduling Order executed.
- Jury Trial is set for September 29, 2023 at 10:00 a.m.
- Defendant released with conditions.
- I, Walter M. Tenorio, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: