# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUSAN O'CONNOR MATA a/k/a "SUE KOREAN" OR "SUE KIM,"<br><br>Defendant. | CRIMINAL CASE NO. 23-00016<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED THAT **WILLIAM L. GAVRAS** is appointed to represent the Defendant, *nunc pro tunc* to July 25, 2023, subject to the submission and review of a financial affidavit.

/s/ Michael J. Bordallo
U.S. Magistrate Judge
Dated: Jul 26, 2023