AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Guam



FILED
DISTRICT COURT OF GUAM
JUL 27 2023 app
JEANNE G. QUINATA
CLERK OF COURT

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 23-cr-00016 |
| Susan O'Connor Mata, aka | ) |
| "Sue Korean" aka "Sue Kim" | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Susan O'Connor Mata aka Sue Korean, aka Sue Kim ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) & (b)(1)(C) and 18 U.S.C. § 2; Distribution of Methamphetamine Hydrochloride; count 1 and 2; and 21 U.S.C. § 853(a); Notice of Forfeiture.

Date: 07/19/2023

_____
*Issuing officer's signature*

City and state: Hagatna, Guam

Walter M. Tenorio, Deputy Clerk
*Printed name and title*

2023 JUL 20 AM 9:22 U.S. MARSHALS-GUAM RECEIVED

---

### Return

This warrant was received on *(date)* 7/20/23 , and the person was arrested on *(date)* 7/25/23
at *(city and state)* Tamuning, Guam .

Date: 7/27/23

_____
*Arresting officer's signature*

Matthew Cano DEA TFO
*Printed name and title*

**ORIGINAL**

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____